# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARIN LOPEZ,<br><br>　　　　Defendant. | Case No. 1:26-po-00091-SAB-1<br><br>ORDER REGARDING REFUND<br><br>(ECF Nos. 4, 5) |

On June 3, 2026, Plaintiff United States of America commenced this petty offense proceeding regarding a citation that was issued to Defendant Arin Lopez for violation of federal regulations. (ECF No. 1 (Citation No. E1463037).) Defendant was directed to pay $230.00. (Id.) On June 9, 2026, the United States moved to dismiss the violation in the interest of justice, which the Court granted. (ECF Nos. 3, 4.) However, on June 18, 2026, Defendant made a payment of $230.00. (ECF No. 5.)

In light of the dismissal, IT IS HEREBY ORDERED that Defendant Arin Lopez be refunded in the amount of $230.00.

IT IS SO ORDERED.

Dated: __**June 18, 2026**__

_____
STANLEY A. BOONE
United States Magistrate Judge

1